UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

RICKY SALAS, SR.,

    Plaintiff,

v.                                       No. 5:20-CV-256-H

CONN'S CREDIT CORPORATION, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which dismisses this case with prejudice. Dkt. No. 22. This case is dismissed with prejudice, and the parties shall each bear their own costs and attorneys' fees.

So ordered on April 13, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE